**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Juan Guadalupe JACOBO-
REGALADO, Defendant—
Appellant.**

**No. 09–10144.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Cory Michael Picton, Esquire, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Saul M. Huerta, Jr., Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Jose Juan Guadalupe Jacobo–Regalado appeals from the 36–month sentence imposed following his guilty-plea conviction for possession with intent to distribute approximately 667 grams of heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i). We have jurisdiction pursuant to 28 U.S.C. § 1291 and we affirm.

Jacobo–Regalado contends that the district court erred by failing to consider his argument in support of his request for a minor role adjustment, pursuant to U.S.S.G. § 3B1.2(b). The record reflects that the district court gave sufficient consideration to Jacobo–Regalado's written submissions and arguments in favor of the adjustment, and did not clearly err by denying the request. *See United States v. Cantrell,* 433 F.3d 1269, 1283–84 (9th Cir. 2006). The district court did not procedurally err, as it correctly calculated the applicable Guidelines range and imposed a sentence below that range in accordance with its consideration of the factors enumerated in 18 U.S.C. § 3553(a). *See Gall v. United States,* 552 U.S. 38, 128 S.Ct. 586, 596–97, 169 L.Ed.2d 445 (2007); *see also United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

